

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Viking International, Ltd.,         * From the County Court
                                             at Law No. 2 of Midland County,
                                             Trial Court No. CC17847.

Vs. No. 11-17-00324-CV           * January 19, 2018

Ramos Pipe & Construction, LLC,     * Per Curiam Memorandum Opinion
                                             (Panel consists of: Willson, J.,
                                             Bailey, J., and Wright, S.C.J.)

This court has considered Viking International, Ltd.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Viking International, Ltd.